# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Kenya Whitehead    **Repayment Agreement and Order**    No: 1:22-CR-00037-005

On September 25, 2024, Kenya Whitehead was sentenced to 28 months imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Whitehead. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on September 25, 2024, I have been ordered to pay a total restitution of $45,000.00 and a special assessment of $100.00.

2.      On July 31, 2025, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on July 9, 2025. The current balance of my restitution is $44,900.00.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties.  Beginning on the 1st day of October, 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

| | |
|---|---|
| Kenya Whitehead | April 6 2026 <br> Date |
| William J. Lee, U.S. Probation Officer | April 6 2026 <br> Date |
| s/Barbara G. Parker <br> Assistant U.S. Attorney | 6/4/2026 <br> Date |

**THE COURT ORDERS:**

[x] Approval    ☐ Disapproval

Leslie Abrams Gardner
Chief U.S. District Judge

July 15, 2026
Date